**Order entered October 31, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01071-CR

**ALFREDO SERRATO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-31349-V**

## ORDER

Before the Court is appellant's October 29, 2018 motion to extend the time to file his brief. We **GRANT** the motion to the extent appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/     CRAIG STODDART
        JUSTICE